# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0115

VERSUS

MINGO JAVERY, III

**APRIL 22, 2021**

---

In Re:   Mingo Javery, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 204,619.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** It is a fundamental rule of statutory construction that when two statutes deal with the same subject matter, if there is a conflict, the statute specifically directed to the matter at issue must prevail as an exception to the statute more general in character. **State v. Campbell**, 2003-3035, (La. 7/6/04), 877 So.2d 112, 118. The procedures and conditions for determining parole eligibility for juvenile homicide offenders like relator whose indictment for the offense was prior to August 1, 2017 are contained at La. R.S. 15:574.4(G). The addition of Paragraph 4 to La. R.S. 15:574.4(J) clearly shows the legislature's intent that persons convicted of first or second degree murder not be allowed to benefit from any inadvertent conflict created by the addition of La. R.S. 15:574.4(J)(1).

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT